IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GABRIEL VALENTIN-RODRIGUEZ,

      Appellant,

v.                                   Case No. 5D17-368

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed May 12, 2017

3.800 Appeal from the Circuit
Court for Osceola County,
Leticia J. Marques, Judge.

Gabriel A. Valentin-Rodriguez,
Carrabelle, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    Appellant Gabriel Valentin-Rodriguez appeals the summary denial of his motion to correct an illegal sentence under Florida Rule of Criminal Procedure 3.800(a). We find that there is no error in denying his motion and affirm. However, there is a scrivener's error relating to the twenty-five-year minimum mandatory sentence in Count Two of the information. The judgment should have cited section 794.0115, Florida Statutes (2006),

as the authority for the minimum mandatory sentence, not section 775.087, Florida Statutes (2006).  The matter is affirmed and remanded to correct the scrivener's error.

AFFIRMED and REMANDED, with instructions.

PALMER and ORFINGER, JJ., and JACOBUS, B.W., Senior Judge, concur.